UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TYREE BEECHAM,<br>　aka, TYREE BEECHEM,<br>　aka, TYREE CUNNINGHAM,<br><br>　　　　　Defendant.<br>_____/ | Case: 2:25-cr-20052<br>Assigned To : Drain, Gershwin A.<br>Referral Judge: Grand, David R.<br>Assign. Date : 2/5/2025<br>Description: SEALED MATTER (SS)<br><br>Violation:<br>18 U.S.C. § 922(g)(1) |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of Firearm / Ammunition*

On or about February 6, 2024, in the Eastern District of Michigan, Southern Division, the defendant, TYREE BEECHAM, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are realleged and incorporated by reference to allege forfeiture under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon being convicted of the offense charged in Count One of this Indictment, defendant TYREE BEECHAM shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in any knowing violation of said offense.

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

JULIE A. BECK
Acting United States Attorney

*s/ Craig F. Wininger*
Craig F. Wininger
Chief, Violent and Organized Crime Unit

*s/ A. Tare Wigod*
A. Tare Wigod
Assistant United States Attorney

Dated: February 5, 2025

| United States District Court<br>Eastern District of Michigan | Criminal Case Co | Case: 2:25-cr-20052<br>Assigned To : Drain, Gershwin A.<br>Referral Judge: Grand, David R.<br>Assign. Date : 2/5/2025<br>Description: SEALED MATTER (SS) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it ac

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials:  AW |

**Case Title:** USA v. Tyree Beecham

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment – no prior complaint

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

**Reason:**

**Defendant Name**                **Charges**                **Prior Complaint (if applicable)**

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

February 5, 2025
Date

A. Tare Wigod
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Tare.Wigod@usdoj.gov
(313) 226-9191
Bar #: P58479

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.